1078

THE STATE OF WASHINGTON, *Respondent*, v. KARL P. NEWTON, *Petitioner*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-00638-9, Robert N. Hackett, Jr., J., entered September 1, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Schultheis, A.C.J., and Thompson, J.

THE STATE OF WASHINGTON, *Respondent*, v. R.L.C., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-00451-7, Harold D. Clarke, J., entered December 10, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Thompson, J.

THE STATE OF WASHINGTON, *Respondent*, v. LARRY CECIL SIMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-00734-1, Thomas E. Merryman, J., entered March 14, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Thompson, J.

SHIRLEY D. KEENAN, *Appellant*, v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 94-2-00167-8, Michael W. Leavitt, J. Pro Tem., entered November 30, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Schultheis, J. Now published at 81 Wn. App. 391.